# ReedSmith

David L. Weissman
Direct Phone: +1 212 521 5466
Email: dweissman@reedsmith.com



Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 11, 2010

**Via Facsimile**

Hon. George B. Daniels
United States District Court Judge
United States District Court for the Southern
District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:
*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: 1 1 FEB 2010

> Re: Julio Garcia, Individually and on Behalf of All Other Persons Similarly Situated v. Caffe Silvestri, Inc. d/b/a Caffe Napoli, Camai Fontana, Anna Silvestri, and John Does #1-10
> Index No.: 09-CV-09588 (GBD)(FM)

Dear Judge Daniels:

We represent Defendants Caffe Silvestri, Inc. d/b/a Caffe Napoli, Camai Fontana, Anna Silvestri, and John Does #1-10 ("Defendants") in the above-referenced action. With the consent of Plaintiffs' counsel, we respectfully request the Court adjourn the conference before Your Honor scheduled for Tuesday, February 17, 2010. Plaintiffs and Defendants have negotiated a settlement in principle to be finalized shortly, and do not wish to unnecessarily waste the time and resources of the Court.

We thank the Court for its consideration of this matter.

Very truly yours,

*David L. Weissman*

David L. Weissman

DLW:yw

cc: Via –email

William Coudert Rand, Esq.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE